**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: William M. Winfield**<br>aka Bill M Winfield<br><br>**Debtor** | **BK NO. 18-03284 RNO**<br><br>**Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of TOYOTA MOTOR CREDIT CORPORATION and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322