```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03284-RNO
William M Winfield                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Aug 21, 2018
                              Form ID: pdf010         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.

```
db              +William M Winfield,    271 Seneca Drive,    Milford, PA 18337-9049
5092951          Bank of America,    FL-1-908-01-49,    PO Box 317875,    Tampa, Florida 33631
5092954         +Citibank South Dakota,    PO Box 6500,    Sioux Falls, South Dakota 57117-6500
5092955         +Manley Deas & Kochalski LLC,    1555 Lake Shore Dr,    Columbus, OH 43204-3825
5092957         +Toyota Financial Services,    Bankruptcy Department PO Box 5855,
                  5505 N. Cumberland Ave., Suite 307,    Chicago, Illinois 60656-4761
5097637         +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5092958         +Wells Fargo Credit Cards,    P.O. Box 14517,    Des Moines, Iowa 50306-3517
5092959         +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, Iowa 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5092953         +E-mail/Text: ering@cbhv.com Aug 21 2018 19:00:45      CB of the Hudson Valley,
                  155 N. Plank Rd.,    Newburgh, New York 12550-1748
5092952         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2018 19:06:55
                  Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
5092956         +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2018 19:00:46      Midland Funding,
                  8875 Aero Dr. STE 200,    San Diego, California 92123-2255
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Mark E. Moulton    on behalf of Debtor 1 William M Winfield markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: William M. Winfield : Chapter 13
      Debtor, :
: Case No. 5:18-bk-03284

ORDER

AND NOW, Upon consideration of Debtors' Motion to Extend the Automatic Stay, it is hereby:

ORDERED, that the Debtors' Motion to Extend the Automatic Stay is hereby GRANTED; and it is further

ORDERED, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty (30) days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtors and Debtor's property; and it is further

ORDERED, that the Debtor's request for an Order confirming that the automatic stay continues against property of the estate is GRANTED.

Dated: August 21, 2018      By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge ᵀᴿ