# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **William M Winfield AKA Bill M Winfield** | : | Case No.: 18-03284 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Kimberly A. Bonner (89705)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

18-026841_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **William M Winfield AKA Bill M Winfield** | : | Case No.: 18-03284 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Mark E. Moulton, Attorney for William M Winfield AKA Bill M Winfield, Moulton and Moulton PC, 693 State Route 739, Suite #1, Lords Valley, PA 18428, markmoulton@moultonslaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 7, 2018:

William M Winfield AKA Bill M Winfield, 271 Seneca Drive, Milford, PA 18337

William M Winfield AKA Bill M Winfield, 4045 Conashaugh Lks, Milford, PA 18337

DATE: _September 7, 2018_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

18-026841_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-026841_PS