```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03284-RNO
William M Winfield                                                  Chapter 13
      Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini              Page 1 of 1              Date Rcvd: Sep 19, 2018
                              Form ID: ntcnfhrg           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
```
db             +William M Winfield,    271 Seneca Drive,    Milford, PA 18337-9049
5092951         Bank of America,    FL-1-908-01-49,    PO Box 317875,    Tampa, Florida 33631
5104463        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5092954        +Citibank South Dakota,    PO Box 6500,    Sioux Falls, South Dakota 57117-6500
5092955        +Manley Deas & Kochalski LLC,    1555 Lake Shore Dr,    Columbus, OH 43204-3825
5092957        +Toyota Financial Services,    Bankruptcy Department PO Box 5855,
                 5505 N. Cumberland Ave., Suite 307,    Chicago, Illinois 60656-4761
5097637        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5106278         WELLS FARGO BANK N.A.,    1000 BLUE GENTIAN ROAD N9286-01Y,    EAGAN, MN 55121-7700
5092958        +Wells Fargo Credit Cards,    P.O. Box 14517,    Des Moines, Iowa 50306-3517
5092959        +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, Iowa 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5092953        +E-mail/Text: ering@cbhv.com Sep 19 2018 19:14:55      CB of the Hudson Valley,
                 155 N. Plank Rd.,    Newburgh, New York 12550-1748
5099989         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 19:19:18
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5092952        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 19:20:10
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
5092956        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2018 19:14:56      Midland Funding,
                 8875 Aero Dr. STE 200,    San Diego, California 92123-2255
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Karina Velter     on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Mark E. Moulton     on behalf of Debtor 1 William M Winfield markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Thomas Song     on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

|  |  |
| --- | --- |
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> William M Winfield, <br> aka Bill M Winfield, <br><br> **Debtor 1** | Chapter 13 <br><br> Case No. 5:18–bk–03284–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 31, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
| --- | --- |
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 7, 2018 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 19, 2018 |

ntcnfhrg (03/18)