UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM M. WINFIELD | : CHAPTER 13 |
| Debtor(s) | : |
| | : |
| CHARLES J. DEHART, III | : |
| STANDING CHAPTER 13 TRUSTEE | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| WILLIAM M. WINFIELD | : |
| Respondent(s) | : CASE NO. 5-18-bk-03284 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 17th day of September, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid.
   b. Plan ambiguous – 2(D) auto direct.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   24th   day of September, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Mark Moulton, Esquire
693 State Route 739, Ste 1
Lords Valley, PA   18428

                                                  /s/Deborah A. Behney
                                                  Office of Charles J. DeHart, III
                                                  Standing Chapter 13 Trustee