19-0337

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William M. Winfield aka Bill M. Winfield<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 18-03284-RNO |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

POWERS KIRN, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090