UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE:<br><br>**William M Winfield aka Bill M Winfield**<br><br>DEBTOR. | CHAPTER 13<br><br>CASE NO.: **18-03284-RNO** |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank"), secured creditor to the above entitled Debtor by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

>Michael J. Shavel, Esquire
>Hill Wallack LLP
>777 Township Line Road, Suite 250
>Yardley, PA 19067
>Telephone: (215)579-7700
>Facsimile: (215)579-9248
>Email: mshavel@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive U.S. Bank's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case,

controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which U.S. Bank is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 1, 2019
Hill Wallack LLP

By: */s/ Michael J. Shavel*
  Michael J. Shavel, Esq., Attorney ID 60554
  777 Township Line Rd, Suite 250
  Yardley, PA 19067
  Telephone: (215)579-7700
  Facsimile: (215)579-9248
  Email: mshavel@hillwallack.com

Counsel to U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust