## UNITED STATES BANKRUPTCY COURT
## Middle DISTRICT OF Pennsylvania

**In Re:**

**Case No.** 18-03284

**Claim No. : 4**

WILLIAM M WINFIELD

Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|------|------|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|------|------|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

/s/ Ashish Rawat

Date: 06/25/2019

Creditor's Authorized Agent for Fay Servicing, LLC