```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 18-03284-RNO
William M Winfield                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5         User: AutoDocke         Page 1 of 1         Date Rcvd: Jun 16, 2020
                             Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
5144938         U.S. Bank National Association as Legal Title Trus,   Fay Servicing LLC,   PO Box 814609,    Dallas, TX   75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Emmanuel Joseph Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal
               Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              Karina   Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Mario John Hanyon    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Mark E. Moulton    on behalf of Debtor 1 William M Winfield markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              Michael Joshua Shavel    on behalf of Creditor    U.S. Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust mshavel@hillwallack.com,
               skenny@hillwallack.com;lharkins@hillwallack.com
              Thomas   Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-03284-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

William M Winfield
271 Seneca Drive
Milford PA 18337

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/16/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: U.S. Bank National Association as Legal Title Trus, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 | U.S. Bank, NA as Legal Trustee to Truman 2016<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619<br>U.S. Bank, NA as Legal Trustee to Truman<br>c/o Rushmore Loan Management Services |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/18/20

Terrence S. Miller
**CLERK OF THE COURT**