```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 18-03284-RNO
William M Winfield                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 1              Date Rcvd: Jun 18, 2020
                            Form ID: ntfp          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
cr        U.S. Bank National Association as Legal Title Trus,   Fay Servicing LLC,   PO Box 814609,
      Dallas, TX  75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            Emmanuel Joseph Argentieri   on behalf of Creditor   U.S. Bank National Association as Legal
             Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
            James   Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
            Jerome B Blank   on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
            Jill   Manuel-Coughlin   on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
            Karina   Velter   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
            Mario John Hanyon   on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
            Mark E. Moulton   on behalf of Debtor 1 William M Winfield markmoulton@moultonslaw.com,
             staff@moultonslaw.com
            Michael Joshua Shavel   on behalf of Creditor   U.S. Bank National Association as Legal Title
             Trustee for Truman 2016 SC6 Title Trust mshavel@hillwallack.com,
             skenny@hillwallack.com;lharkins@hillwallack.com
            Thomas   Song   on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                TOTAL: 11

ntfp(09/19)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

William M Winfield
aka Bill M Winfield

Chapter 13

Case number 5:18−bk−03284−RNO

**Debtor(s)**

## Notice To Filing Party

**Please take notice that:**

The pdf document (**Transfer of Claim**) attached to docket entry **#62**, has not been flattened. Click here for instructions on how to flatten a pdf. Please verify your image and refile the document. Failure to do so may result in a delay in processing this matter.

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ChristopherGambini, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: June 18, 2020