# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM M. WINFIELD

**Debtor(s)**

U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST

**Plaintiff(s)/Movant(s)**

vs.

WILLIAM M. WINFIELD

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5-18-bk-3284

ADVERSARY NO. __-__-ap-_____ (if applicable)

Nature of Proceeding: MFR

Document #: 

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

For the parties to review and resolve certain factual issues and fashion an amicable remedy

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 12/07/2022

*Mark Moulton*

Attorney for WILLIAM M. WINFIELD

Name: Mark E. Moulton

Phone Number: 570-775-9525

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is a first request for a continuance, the Motion to Continue must be filed...