UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| WILLIAM M. WINFIELD<br>*aka* BILL M. WINFIELD | :<br>:CHAPTER 13 |
| Debtor. | :CASE NO. 5:18-bk-03284-MJC |
| | :Judge: MJC |
| U.S. BANK, NATIONAL ASSOCIATION<br>AS LEGAL TITLE TRUSTEE FOR<br>TRUMAN 2016 SC6 TITLE TRUST | : |
| Movant, | : |
| v. | : |
| WILLIAM M. WINFIELD | : |
| Debtor,<br>And | : |
| Jack N Zaharopoulos | :Hearing Date: April 6, 2023 |
| Trustee, | : |
| Respondents. | : |

## ORDER OF COURT

IT IS HEREBY ORDERED that the STIPULATION between Movant, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and Debtor resolving motion for relief as to Real Property, known as 271 Seneca Drive, Milford, Pennsylvania 18337 filed on May 5, 2023, in the above matter is APPROVED.