# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: William M Winfield

Case No.: 5-18-03284MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Rushmore |
| Court Claim Number: | 2 |
| Last Four of Loan Number: | 1048 |
| Property Address if applicable: | 271 Seneca Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $15,629.25 |
| b. | Prepetition arrearages paid by the trustee: | $15,629.25 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $15,629.25 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: August 16, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  William M Winfield  Case No.: 5-18-03284MJC
  Chapter 13

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on August 16, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Mark Moulton, Esq
693 State Route 739 Suite 1
Lords Valley PA 18428

**Served by First Class Mail**
Rushmore Loan Management Services, LLC
PO Box 55004
Irvine CA 92619-2708

William M Winfield
271 Seneca Dr
Milford PA 18337

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2023    /s/ Liz Joyce
  Office of the Standing Chapter 13 Trustee
  Jack N. Zaharopoulos
  Suite A, 8125 Adams Dr.
  Hummelstown, PA 17036
  Phone: (717) 566-6097
  email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03284    **WILLIAM M WINFIELD**

**RUSHMORE LOAN MGMT SERVICE**
PO BOX 419094

RANCHO CORDOVA, CA  9

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 271 Seneca Dr - PRE-ARREARS

ARREARS - 271 SENECA  DRIVE - OBJECTION RELIEF ORDER -  REINSTATED

| | | |
|---|---|---|
| Amt Sched: $117,472.00 | Debt: $15,629.25 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $15,629.25 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **RUSHMORE LOAN MGMT SERVICE** | | | | | | | |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/16/2022 | 2019201 | $95.08 | $0.00 | $95.08 | 01/06/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 10/18/2022 | 2018182 | $407.39 | $0.00 | $407.39 | 10/25/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/17/2022 | 2016102 | $814.78 | $0.00 | $814.78 | 08/25/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/13/2022 | 2015030 | $379.15 | $0.00 | $379.15 | 07/19/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 05/17/2022 | 2013037 | $758.30 | $0.00 | $758.30 | 05/24/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 03/16/2022 | 2010928 | $379.15 | $0.00 | $379.15 | 03/23/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 02/16/2022 | 2009932 | $379.15 | $0.00 | $379.15 | 02/24/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2022 | 2008971 | $758.30 | $0.00 | $758.30 | 01/26/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/15/2021 | 2007949 | $379.15 | $0.00 | $379.15 | 01/03/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/16/2021 | 2006932 | $379.15 | $0.00 | $379.15 | 11/23/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 10/14/2021 | 2005904 | $390.36 | $0.00 | $390.36 | 10/25/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/18/2021 | 2003862 | $780.72 | $0.00 | $780.72 | 08/30/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 06/16/2021 | 2001798 | $390.36 | $0.00 | $390.36 | 06/24/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 05/18/2021 | 2000807 | $768.26 | $0.00 | $768.26 | 05/27/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 03/17/2021 | 1228404 | $377.90 | $0.00 | $377.90 | 03/26/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 02/17/2021 | 1227379 | $755.80 | $0.00 | $755.80 | 02/24/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2021 | 1226364 | $377.90 | $0.00 | $377.90 | 01/29/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/10/2020 | 1224581 | $377.90 | $0.00 | $377.90 | 12/17/2020 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/03/2020 | 1223601 | $377.90 | $0.00 | $377.90 | 11/16/2020 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 09/17/2020 | 1221818 | $747.50 | $0.00 | $747.50 | 09/24/2020 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/12/2020 | 1220759 | $373.75 | $0.00 | $373.75 | 08/19/2020 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/07/2020 | 1219714 | $4,807.55 | $0.00 | $4,807.55 | 07/31/2020 |
| 520-0 | WELLS FARGO | | 06/02/2020 | 9007576 | $373.75 | $0.00 | $373.75 | 06/02/2020 |
| 520-0 | WELLS FARGO | C | 06/02/2020 | 0 | ($4,433.80) | $0.00 | ($4,433.80) | |
| | | | | | Cred Rfd Chk #: 4218824 | | | |
| 520-0 | WELLS FARGO | | 05/06/2020 | 9007314 | $4,433.80 | $0.00 | $4,433.80 | 05/06/2020 |
| | | | | Sub-totals: | $15,629.25 | $0.00 | $15,629.25 | |
| | | | | Grand Total: | $15,629.25 | $0.00 | | |