Fill in this information to identify the case:

Debtor 1 ___WILLIAM M. WINFIELD___

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the ___MIDDLE___ District of ___PA___
(State)

Case number ___18-03284/MJC___

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: US BANK NA, as legal title trustee for Truman 2016 SC6 Trust

Court claim no. (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 4 8

Property address: **271 Senaca Drive**
Number        Street
Milford, PA 18337

City                    State        ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ 3148.18

b. Total fees, charges, expenses, escrow, and costs outstanding:        + (b) $ 3601.07

c. **Total.** Add lines a and b.  ✓ See payment history attached.        (c) $ 6146.28
a-amount due from 5/8/23 Order
Creditor asserts that the debtor(s) are contractually   approving stip; b-PPFN filed 7/16/21   *Less suspense
obligated for the postpetition payment(s) that first became      9 / 21 / 2023      balance
due on:                                                          MM / DD / YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| ✗ | /S/EMMANUEL J. ARGENTIERI | Date | 8 / 30 / 2023 |
| | Signature | | |

| | | | | |
|---|---|---|---|---|
| Print | EMANNUEL    J.    ARGENTIERI | | Title | ATTORNEY-AT-LAW |
| | First Name    Middle Name    Last Name | | | |

| | |
|---|---|
| Company | ROMANO GARUBO & ARGENTIERI |

If different from the notice address listed on the proof of claim to which this response applies:

| | | | | |
|---|---|---|---|---|
| Address | 52  NEWTON AVE. P.O. BOX 456 | | | |
| | Number    Street | | | |
| | WOODBURY | NJ | 08096 | |
| | City | State | ZIP Code | |

| | | | |
|---|---|---|---|
| Contact phone | ( 856 ) 384 – 1515 | Email | eargentieri@rgalegal.com |



POST esc in AO $ 4,407.46

| | | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference | |
| 11/21/16 | $744.25 | $0.00 | $744.25 | included in POC | |
| 08/21/18 | $744.25 | $0.00 | $744.25 | yment listed in POC | |
| 09/21/21 | $744.25 | $0.00 | $744.25 | PC filed with the court | |
| 09/21/22 | $744.25 | $0.00 | $744.25 | PC filed with the court | |
| 02/21/23 | $744.25 | $0.00 | $744.25 | PC filed with the court | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |

| Loan# | |
|---|---|
| Borrower: | Wilshire |
| Date Filed: | 8/3/2018 |
| BK Case # | 18-03284 |
| Due Date: | 8/21/2018 |
| POC covers: | 11/16 - 7/18 |
| PREPET CLAIM | $ 15,629.25 |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Beginning Balance | POC Due Date | POC CREDIT | POC DEBIT | POC SUSPENSE BALANCE | POC PAID TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | | | | | $0.00 | $0.00 |
| 8/10/2018 | $1,006.71 | Post | 8/21/18 | 11/21/16 | $744.25 | $262.46 | $262.46 | | $262.46 | | | | $0.00 | $0.00 |
| 9/7/2018 | $745.00 | Post | 9/21/18 | 12/21/16 | $744.25 | $0.75 | $0.75 | | $263.21 | | | | $0.00 | $0.00 |
| 10/21/2018 | $745.00 | Post | 10/21/18 | 1/21/17 | $744.25 | $0.75 | $0.75 | | $263.96 | | | | $0.00 | $0.00 |
| 11/23/2018 | $750.00 | Post | 11/21/18 | 2/21/17 | $744.25 | $5.75 | $5.75 | | $269.71 | | | | $0.00 | $0.00 |
| 1/15/2019 | $745.00 | Post | 12/21/18 | 3/21/17 | $744.25 | $0.75 | $0.75 | | $270.46 | | | | $0.00 | $0.00 |
| 1/25/2019 | $475.00 | Post | 1/21/19 | 4/21/17 | $744.25 | -$269.25 | | $269.25 | $1.21 | | | | $0.00 | $0.00 |
| 2/22/2019 | $745.00 | Post | 2/21/19 | 5/21/17 | $744.25 | $0.75 | $0.75 | | $1.96 | | | | $0.00 | $0.00 |
| 3/29/2019 | $745.00 | Post | 3/21/19 | 6/21/17 | $744.25 | $0.75 | $0.75 | | $2.71 | | | | $0.00 | $0.00 |
| 5/2/2019 | $745.00 | Post | 4/21/19 | 7/21/17 | $744.25 | $0.75 | $0.75 | | $3.46 | | | | $0.00 | $0.00 |
| 6/3/2019 | $745.00 | Post | 5/21/19 | 8/21/17 | $744.25 | $0.75 | $0.75 | | $4.21 | | | | $0.00 | $0.00 |
| 7/1/2019 | $745.00 | Post | 6/21/19 | 9/21/17 | $744.25 | $0.75 | $0.75 | | $4.96 | | | | $0.00 | $0.00 |
| 8/2/2019 | $745.00 | Post | 7/21/19 | 10/21/17 | $744.25 | $0.75 | $0.75 | | $5.71 | | | | $0.00 | $0.00 |
| 9/3/2019 | $745.00 | Post | 8/21/19 | 11/21/17 | $744.25 | $0.75 | $0.75 | | $6.46 | | | | $0.00 | $0.00 |
| 10/3/2019 | $745.00 | Post | 9/21/19 | 12/21/17 | $744.25 | $0.75 | $0.75 | | $7.21 | | | | $0.00 | $0.00 |
| 11/11/2019 | $745.00 | Post | 10/21/19 | 1/21/18 | $744.25 | $0.75 | $0.75 | | $7.96 | | | | $0.00 | $0.00 |
| 12/9/2019 | $745.00 | Post | 11/21/19 | 2/21/18 | $744.25 | $0.75 | $0.75 | | $8.71 | | | | $0.00 | $0.00 |
| 1/13/2020 | $745.00 | Post | 12/21/19 | 3/21/18 | $744.25 | $0.75 | $0.75 | | $9.46 | | | | $0.00 | $0.00 |
| 2/10/2020 | $745.00 | Post | 1/21/20 | 4/21/18 | $744.25 | $0.75 | $0.75 | | $10.21 | | | | $0.00 | $0.00 |
| 3/9/2020 | $745.00 | Post | 2/21/20 | 5/21/18 | $744.25 | $0.75 | $0.75 | | $10.96 | | | | $0.00 | $0.00 |
| 4/13/2020 | $745.00 | Post | 3/21/20 | 6/21/18 | $744.25 | $0.75 | $0.75 | | $11.71 | | | | $0.00 | $0.00 |
| 4/28/2020 | $745.00 | Post | 4/21/20 | 7/21/18 | $744.25 | $0.75 | $0.75 | | $12.46 | | | | $0.00 | $0.00 |
| 5/28/2020 | $745.00 | Post | 5/21/20 | 8/21/18 | $744.25 | $0.75 | $0.75 | | $13.21 | | | | $0.00 | $0.00 |
| 6/10/2020 | | Pre | TT Arrears | | | $0.00 | | | $13.21 | | $373.75 | | $373.75 | $373.75 |
| 6/22/2020 | $745.00 | Post | 6/21/20 | 9/21/18 | $744.25 | $0.75 | $0.75 | | $13.96 | | | | $373.75 | $373.75 |
| 7/14/2020 | | Pre | TT Arrears | 10/21/18 | | $0.00 | | | $13.96 | 11/21/16 | $4,807.05 | $744.25 | $4,437.05 | $5,181.30 |
| 7/16/2020 | | Pre | Pre-petition | 11/21/18 | | $0.00 | | | $13.96 | 12/21/16 | | $744.25 | $3,692.80 | $5,181.30 |
| 7/16/2020 | | Pre | Pre-petition | 12/21/18 | | $0.00 | | | $13.96 | 01/21/17 | | $744.25 | $2,948.55 | $5,181.30 |
| 7/16/2020 | | Pre | Pre-petition | 1/21/19 | | $0.00 | | | $13.96 | 02/21/17 | | $744.25 | $2,204.30 | $5,181.30 |
| 7/16/2020 | | Pre | Pre-petition | 2/21/19 | | $0.00 | | | $13.96 | 03/21/17 | | $744.25 | $1,460.05 | $5,181.30 |
| 7/16/2020 | | Pre | Pre-petition | 3/21/19 | | $0.00 | | | $13.96 | 04/21/17 | | $744.25 | $715.80 | $5,181.30 |
| 7/22/2020 | $745.00 | Post | 7/21/20 | 4/21/19 | $744.25 | $0.75 | $0.75 | | $14.71 | | | | $715.80 | $5,181.30 |
| 8/18/2020 | | Pre | TT Arrears | 5/21/19 | | $0.00 | | | $14.71 | 05/21/17 | $373.75 | $744.25 | $345.30 | $5,555.05 |
| 8/26/2020 | $745.00 | Post | 8/21/20 | 6/21/19 | $744.25 | $0.75 | $0.75 | | $15.46 | | | | $345.30 | $5,555.05 |
| 9/22/2020 | | Pre | TT Arrears | 7/21/19 | | $0.00 | | | $15.46 | 06/21/17 | $747.50 | $744.25 | $348.55 | $6,302.55 |
| 9/28/2020 | $745.00 | Post | 9/21/20 | 8/21/19 | $744.25 | $0.75 | $0.75 | | $16.21 | | | | $348.55 | $6,302.55 |
| 11/3/2020 | $745.00 | Post | 10/21/20 | 9/21/19 | $744.25 | $0.75 | $0.75 | | $16.96 | | | | $348.55 | $6,302.55 |
| 11/9/2020 | | Pre | TT Arrears | | | $0.00 | | | $16.96 | | $377.90 | | $726.45 | $6,680.45 |
| 11/16/2020 | $745.00 | Post | 11/21/20 | 10/21/19 | $744.25 | $0.75 | $0.75 | | $17.71 | | | | $726.45 | $6,680.45 |
| 12/15/2020 | | Pre | TT Arrears | 11/21/19 | | $0.00 | | | $17.71 | 07/21/17 | $377.90 | $744.25 | $360.10 | $7,058.35 |
| 1/7/2021 | $745.00 | Post | 12/21/20 | 12/21/19 | $744.25 | $0.75 | $0.75 | | $18.46 | | | | $360.10 | $7,058.35 |
| 1/27/2021 | | Pre | TT Arrears | | | $0.00 | | | $18.46 | | $377.90 | | $738.00 | $7,436.25 |
| 2/8/2021 | $745.00 | Post | 1/21/20 | 1/21/20 | $744.25 | $0.75 | $0.75 | | $19.21 | | | | $738.00 | $7,436.25 |
| 2/23/2021 | | Pre | TT Arrears | 2/21/20 | | $0.00 | | | $19.21 | 08/21/17 | $755.80 | $744.25 | $749.55 | $8,192.05 |
| 3/12/2021 | $745.00 | Post | 2/21/21 | 3/21/20 | $744.25 | $0.75 | $0.75 | | $19.96 | | | | $749.55 | $8,192.05 |
| 3/24/2021 | | Pre | TT Arrears | 4/21/20 | | $0.00 | | | $19.96 | 09/21/17 | $377.90 | $744.25 | $383.20 | $8,569.95 |
| 4/8/2021 | $745.00 | Post | 3/21/21 | 5/21/20 | $744.25 | $0.75 | $0.75 | | $20.71 | | | | $383.20 | $8,569.95 |
| 5/10/2021 | $745.00 | Post | 4/21/21 | 6/21/20 | $744.25 | $0.75 | $0.75 | | $21.46 | | | | $383.20 | $8,569.95 |
| 5/26/2021 | | Pre | TT Arrears | 7/21/20 | | $0.00 | | | $21.46 | 10/21/17 | $768.26 | $744.25 | $407.21 | $9,338.21 |
| 6/3/2021 | $745.00 | Post | 5/21/21 | 8/21/20 | $744.25 | $0.75 | $0.75 | | $22.21 | | | | $407.21 | $9,338.21 |
| 6/22/2021 | | Pre | TT Arrears | 9/21/20 | | $0.00 | | | $22.21 | 11/21/17 | $390.36 | $744.25 | $53.32 | $9,728.57 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/8/2021 | $745.00 | Post | 6/21/21 | 10/21/20 | $744.25 | $0.75 | $0.75 | | $22.96 | | | | | $53.32 | $9,728.57 |
| 8/2/2021 | $745.00 | Post | 7/21/21 | 11/21/20 | $744.25 | $0.75 | $0.75 | | $23.71 | | | | | $53.32 | $9,728.57 |
| 8/25/2021 | | Pre | TT Arrears | 12/21/20 | | $0.00 | | | $23.71 | 12/21/17 | $780.72 | $744.25 | | $89.79 | $10,509.29 |
| 9/9/2021 | $745.00 | Post | 8/21/21 | 1/21/21 | $744.25 | $0.75 | $0.75 | | $24.46 | | | | | $89.79 | $10,509.29 |
| 10/11/2021 | $745.00 | Post | Suspense | | | $745.00 | $745.00 | | $769.46 | | | | | $89.79 | $10,509.29 |
| 10/22/2021 | | Pre | TT Arrears | | | $0.00 | | | $769.46 | | $390.36 | | | $480.15 | $10,889.65 |
| 11/8/2021 | $745.00 | Post | 9/21/21 | 2/21/21 | $744.25 | $0.75 | $0.75 | | $770.21 | | | | | $480.15 | $10,899.65 |
| 11/12/2021 | | Pre | TT Arrears | | | $0.00 | | | $770.21 | | $379.15 | | | $859.30 | $11,278.80 |
| 12/14/2021 | $745.03 | Post | 10/21/21 | 3/21/21 | $744.25 | $0.78 | $0.78 | | $770.99 | | | | | $859.30 | $11,278.80 |
| 12/31/2021 | | Pre | TT Arrears | 4/21/21 | | $0.00 | | | $770.99 | 01/21/18 | $379.15 | $744.25 | | $494.20 | $11,657.95 |
| 1/10/2022 | $745.00 | Post | Suspense | | | $745.00 | $745.00 | | $1,515.99 | | | | | $494.20 | $11,657.95 |
| 1/25/2022 | | Pre | TT Arrears | 5/21/21 | | $0.00 | | | $1,515.99 | 02/21/18 | $758.30 | $744.25 | | $508.25 | $12,416.25 |
| 2/9/2022 | $745.00 | Post | 11/21/21 | 6/21/21 | $744.25 | $0.75 | $0.75 | | $1,516.74 | | | | | $508.25 | $12,416.25 |
| 2/23/2022 | | Pre | TT Arrears | 7/21/21 | | $0.00 | | | $1,516.74 | 03/21/18 | $379.15 | $744.25 | | $143.15 | $12,795.40 |
| 3/14/2022 | $745.00 | Post | 12/21/21 | 8/21/21 | $744.25 | $0.75 | $0.75 | | $1,517.49 | | | | | $143.15 | $12,795.40 |
| 3/22/2022 | | Pre | TT Arrears | | | $0.00 | | | $1,517.49 | | $379.15 | | | $522.30 | $13,174.55 |
| 4/14/2022 | $745.00 | Post | 1/21/22 | 9/21/21 | $744.25 | $0.75 | $0.75 | | $1,518.24 | | | | | $522.30 | $13,174.55 |
| 5/13/2022 | $745.00 | Post | Suspense | | | $745.00 | $745.00 | | $2,263.24 | | | | | $522.30 | $13,174.55 |
| 5/23/2022 | | Pre | TT Arrears | 10/21/21 | | $0.00 | | | $2,263.24 | 04/21/18 | $758.30 | $744.25 | | $536.35 | $13,932.85 |
| 6/13/2022 | $745.00 | Post | 2/21/22 | 11/21/21 | $744.25 | $0.75 | $0.75 | | $2,263.99 | | | | | $536.35 | $13,932.85 |
| 7/15/2022 | $745.00 | Post | 3/21/22 | 12/21/21 | $744.25 | $0.75 | $0.75 | | $2,264.74 | | | | | $536.35 | $13,932.85 |
| 7/18/2022 | | Pre | TT Arrears | 1/21/22 | | $0.00 | | | $2,264.74 | 05/21/18 | $379.15 | $744.25 | | $171.25 | $14,312.00 |
| 8/15/2022 | $745.00 | Post | Suspense | | | $745.00 | $745.00 | | $3,009.74 | | | | | $171.25 | $14,312.00 |
| 8/24/2022 | | Pre | TT Arrears | 2/21/22 | | $0.00 | | | $3,009.74 | 06/21/18 | $814.78 | $744.25 | | $241.78 | $15,126.78 |
| 9/13/2022 | $745.00 | Post | 4/21/22 | 3/21/22 | $744.25 | $0.75 | $0.75 | | $3,010.49 | | | | | $241.78 | $15,126.78 |
| 10/17/2022 | $1,026.00 | Post | 5/21/22 | 4/21/22 | $744.25 | $281.75 | $281.75 | | $3,292.24 | | | | | $241.78 | $15,126.78 |
| 10/24/2022 | | Pre | TT Arrears | | | $0.00 | | | $3,292.24 | | $407.39 | | | $649.17 | $15,534.17 |
| 11/16/2022 | $1,026.00 | Post | 6/21/22 | 5/21/22 | $744.25 | $281.75 | $281.75 | | $3,573.99 | | | | | $649.17 | $15,534.17 |
| 12/14/2022 | $1,025.00 | Post | 7/21/22 | 6/21/22 | $744.25 | $280.75 | $280.75 | | $3,854.74 | | | | | $649.17 | $15,534.17 |
| 1/5/2023 | | Pre | TT Arrears | 7/21/22 | | $0.00 | | | $3,854.74 | 07/21/18 | $95.08 | $744.25 | | $0.00 | $15,629.25 |
| 1/18/2023 | $1,025.00 | Post | 8/21/22 | 8/21/22 | $744.25 | $280.75 | $280.75 | | $4,135.49 | | | | | $0.00 | $15,629.25 |
| 2/21/2023 | $1,025.49 | Post | 9/21/22 | 9/21/22 | $744.25 | $281.24 | $281.24 | | $4,416.73 | | | | | $0.00 | $15,629.25 |
| 3/20/2023 | $1,025.49 | Post | 10/21/22 | 10/21/22 | $744.25 | $281.24 | $281.24 | | $4,697.97 | | | | | $0.00 | $15,629.25 |
| | | Post | 11/21/22 | 11/21/22 | | $0.00 | | $744.25 | $3,953.72 | | | | | $0.00 | $15,629.25 |
| | | Post | 12/21/22 | 12/21/22 | | $0.00 | | $744.25 | $3,209.47 | | | | | $0.00 | $15,629.25 |
| | | Post | 1/21/23 | 1/21/23 | | $0.00 | | $744.25 | $2,465.22 | | | | | $0.00 | $15,629.25 |
| | | Post | 2/21/23 | 2/21/23 | | $0.00 | | $744.25 | $1,720.97 | | | | | $0.00 | $15,629.25 |
| | | Post | 3/21/23 | 3/21/23 | | $0.00 | | $744.25 | $976.72 | | | | | $0.00 | $15,629.25 |
| | | Post | 4/21/23 | 4/21/23 | | $0.00 | | $744.25 | $232.47 | | | | | $0.00 | $15,629.25 |
| 4/14/2023 | $1,025.00 | | | | | $1,025.00 | $1,025.00 | | $1,257.47 | | | | | $0.00 | $15,629.25 |
| 4/20/2023 | | | AO for esc adv | | | | | $232.47 | $1,025.00 | | | | | $0.00 | $15,629.25 |
| 5/16/2023 | $1,020.00 | Post | 5/21/23 | 5/21/23 | $744.25 | $275.75 | $275.75 | | $1,300.75 | | | | | $0.00 | $15,629.25 |
| | | APO | AO 5/21/23 | | $314.82 | -$314.82 | | $314.82 | $985.93 | | | | | $0.00 | $15,629.25 |
| 6/12/2023 | $1,025.00 | Post | 6/21/23 | 6/21/23 | $744.25 | $280.75 | $280.75 | | $1,266.68 | | | | | $0.00 | $15,629.25 |
| | | APO | AO 6/21/23 | | $314.82 | -$314.82 | | $314.82 | $951.86 | | | | | $0.00 | $15,629.25 |
| | | Post | 7/21/23 | 7/21/23 | $744.25 | -$744.25 | | $744.25 | $207.61 | | | | | $0.00 | $15,629.25 |
| 7/19/2023 | $1,025.00 | APO | AO 7/21/23 | | $314.82 | $710.18 | $710.18 | | $917.79 | | | | | $0.00 | $15,629.25 |
| | | Post | 8/21/23 | 8/21/23 | $744.25 | -$744.25 | | $744.25 | $173.54 | | | | | $0.00 | $15,629.25 |
| | | Pre | AO apply to escrow adv AS PER SO | | | $0.00 | | | $173.54 | | | | | $0.00 | $15,629.25 |
| 8/22/2023 | $744.25 | Post | AO 8/21/23 | | $314.82 | $429.43 | $429.43 | | $602.97 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | $602.97 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | $602.97 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | $602.97 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | $602.97 | | | | | $0.00 | $15,629.25 |
| STILL DUE | | | escrow advance/fees INCLUDED ON PFN | | | $0.00 | | $3,601.07 | -$2,998.10 | | | | | $0.00 | $15,629.25 |
| | | | escrow adv if due by discharge | | | $0.00 | | $3,148.18 | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |
| | | | | | | $0.00 | | | -$6,146.28 | | | | | $0.00 | $15,629.25 |



POST esc in AO  $  4,407.46

| Loan# | |
|---|---|
| Borrower: | Winfield |
| Date Filed: | 8/3/2018 |
| BK Case # | 18-03284 |
| Due Date: | 8/21/2018 |
| POC covers: | 11/16 - 7/18 |
| PREPET CLAIM | $   15,629.25 |

## PAYMENT CHANGES

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 11/21/16 | $744.25 | $0.00 | $744.25 | Included in POC |
| 08/21/18 | $744.25 | $0.00 | $744.25 | yment listed in PC |
| 09/21/21 | $744.25 | $0.00 | $744.25 | PC filed with the c |
| 09/21/22 | $744.25 | $0.00 | $744.25 | PC filed with the c |
| 02/21/23 | $744.25 | $0.00 | $744.25 | PC filed with the c |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | |
| 8/20/2018 | $1,006.71 | Post | 8/21/18 | 11/21/16 | $744.25 | $262.46 | $262.46 | | $262.46 |
| 9/7/2018 | $745.00 | Post | 9/21/18 | 12/21/16 | $744.25 | $0.75 | $0.75 | | $263.21 |
| 10/21/2018 | $745.00 | Post | 10/21/18 | 1/21/17 | $744.25 | $0.75 | $0.75 | | $263.96 |
| 11/23/2018 | $750.00 | Post | 11/21/18 | 2/21/17 | $744.25 | $5.75 | $5.75 | | $269.71 |
| 1/15/2019 | $745.00 | Post | 12/21/18 | 3/21/17 | $744.25 | $0.75 | $0.75 | | $270.46 |
| 1/25/2019 | $475.00 | Post | 1/21/19 | 4/21/17 | $744.25 | -$269.25 | | $269.25 | $1.21 |
| 2/22/2019 | $745.00 | Post | 2/21/19 | 5/21/17 | $744.25 | $0.75 | $0.75 | | $1.96 |
| 3/29/2019 | $745.00 | Post | 3/21/19 | 6/21/17 | $744.25 | $0.75 | $0.75 | | $2.71 |
| 5/2/2019 | $745.00 | Post | 4/21/19 | 7/21/17 | $744.25 | $0.75 | $0.75 | | $3.46 |
| 6/3/2019 | $745.00 | Post | 5/21/19 | 8/21/17 | $744.25 | $0.75 | $0.75 | | $4.21 |
| 7/1/2019 | $745.00 | Post | 6/21/19 | 9/21/17 | $744.25 | $0.75 | $0.75 | | $4.96 |
| 8/2/2019 | $745.00 | Post | 7/21/19 | 10/21/17 | $744.25 | $0.75 | $0.75 | | $5.71 |
| 9/3/2019 | $745.00 | Post | 8/21/19 | 11/21/17 | $744.25 | $0.75 | $0.75 | | $6.46 |
| 10/3/2019 | $745.00 | Post | 9/21/19 | 12/21/17 | $744.25 | $0.75 | $0.75 | | $7.21 |
| 11/11/2019 | $745.00 | Post | 10/21/19 | 1/21/18 | $744.25 | $0.75 | $0.75 | | $7.96 |
| 12/9/2019 | $745.00 | Post | 11/21/19 | 2/21/18 | $744.25 | $0.75 | $0.75 | | $8.71 |
| 1/11/2020 | $745.00 | Post | 12/21/19 | 3/21/18 | $744.25 | $0.75 | $0.75 | | $9.46 |
| 2/10/2020 | $745.00 | Post | 1/21/20 | 4/21/18 | $744.25 | $0.75 | $0.75 | | $10.21 |
| 3/9/2020 | $745.00 | Post | 2/21/20 | 5/21/18 | $744.25 | $0.75 | $0.75 | | $10.96 |
| 4/13/2020 | $745.00 | Post | 3/21/20 | 6/21/18 | $744.25 | $0.75 | $0.75 | | $11.71 |
| 4/28/200 | $745.00 | Post | 4/21/20 | 7/21/18 | $744.25 | $0.75 | $0.75 | | $12.46 |
| 5/28/2020 | $745.00 | Post | 5/21/20 | 8/21/18 | $744.25 | $0.75 | $0.75 | | $13.21 |
| 6/10/2020 | | Pre | TT Arrears | | | $0.00 | | | $13.21 |
| 6/22/2020 | $745.00 | Post | 6/21/20 | 9/21/18 | $744.25 | $0.75 | $0.75 | | $13.96 |
| 7/14/2020 | | Pre | TT Arrears | 10/21/18 | | $0.00 | | | $13.96 |
| 7/16/2020 | | Pre | Pre-petition | 11/21/18 | | $0.00 | | | $13.96 |
| 7/16/2020 | | Pre | Pre-petition | 12/21/18 | | $0.00 | | | $13.96 |
| 7/16/2020 | | Pre | Pre-petition | 1/21/19 | | $0.00 | | | $13.96 |
| 7/16/2020 | | Pre | Pre-petition | 2/21/19 | | $0.00 | | | $13.96 |
| 7/16/2020 | | Pre | Pre-petition | 3/21/19 | | $0.00 | | | $13.96 |
| 7/22/2020 | $745.00 | Post | 7/21/20 | 4/21/19 | $744.25 | $0.75 | $0.75 | | $14.71 |

| Date | Amount | Type | Description | Date | Amount | Amount | Amount | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8/18/2020 | | Pre | TT Arrears | 5/21/19 | | $0.00 | | | $14.71 |
| 8/26/2020 | $745.00 | Post | 8/21/20 | 6/21/19 | $744.25 | $0.75 | $0.75 | | $15.46 |
| 9/22/2020 | | Pre | TT Arrears | 7/21/19 | | $0.00 | | | $15.46 |
| 9/28/2020 | $745.00 | Post | 9/21/20 | 8/21/19 | $744.25 | $0.75 | $0.75 | | $16.21 |
| 11/3/2020 | $745.00 | Post | 10/21/20 | 9/21/19 | $744.25 | $0.75 | $0.75 | | $16.96 |
| 11/9/2020 | | Pre | TT Arrears | | | $0.00 | | | $16.96 |
| 11/16/2020 | $745.00 | Post | 11/21/20 | 10/21/19 | $744.25 | $0.75 | $0.75 | | $17.71 |
| 12/15/2020 | | Pre | TT Arrears | 11/21/19 | | $0.00 | | | $17.71 |
| 1/7/2021 | $745.00 | Post | 12/21/20 | 12/21/19 | $744.25 | $0.75 | $0.75 | | $18.46 |
| 1/27/2021 | | Pre | TT Arrears | | | $0.00 | | | $18.46 |
| 2/8/2021 | $745.00 | Post | 1/21/21 | 1/21/20 | $744.25 | $0.75 | $0.75 | | $19.21 |
| 2/23/2021 | | Pre | TT Arrears | 2/21/20 | | $0.00 | | | $19.21 |
| 3/12/2021 | $745.00 | Post | 2/21/21 | 3/21/20 | $744.25 | $0.75 | $0.75 | | $19.96 |
| 3/24/2021 | | Pre | TT Arrears | 4/21/20 | | $0.00 | | | $19.96 |
| 4/8/2021 | $745.00 | Post | 3/21/21 | 5/21/20 | $744.25 | $0.75 | $0.75 | | $20.71 |
| 5/10/2021 | $745.00 | Post | 4/21/21 | 6/21/20 | $744.25 | $0.75 | $0.75 | | $21.46 |
| 5/26/2021 | | Pre | TT Arrears | 7/21/20 | | $0.00 | | | $21.46 |
| 6/3/2021 | $745.00 | Post | 5/21/21 | 8/21/20 | $744.25 | $0.75 | $0.75 | | $22.21 |
| 6/22/2021 | | Pre | TT Arrears | 9/21/20 | | $0.00 | | | $22.21 |
| 7/8/2021 | $745.00 | Post | 6/21/21 | 10/21/20 | $744.25 | $0.75 | $0.75 | | $22.96 |
| 8/2/2021 | $745.00 | Post | 7/21/21 | 11/21/20 | $744.25 | $0.75 | $0.75 | | $23.71 |
| 8/25/2021 | | Pre | TT Arrears | 12/21/20 | | $0.00 | | | $23.71 |
| 9/9/2021 | $745.00 | Post | 8/21/21 | 1/21/21 | $744.25 | $0.75 | $0.75 | | $24.46 |
| 10/11/2021 | $745.00 | Post | Suspense | | | $745.00 | $745.00 | | $769.46 |
| 10/22/2021 | | Pre | TT Arrears | | | $0.00 | | | $769.46 |
| 11/8/2021 | $745.00 | Post | 9/21/21 | 2/21/21 | $744.25 | $0.75 | $0.75 | | $770.21 |
| 11/22/2021 | | Pre | TT Arrears | | | $0.00 | | | $770.21 |
| 12/14/2021 | $745.03 | Post | 10/21/21 | 3/21/21 | $744.25 | $0.78 | $0.78 | | $770.99 |
| 12/31/2021 | | Pre | TT Arrears | 4/21/21 | | $0.00 | | | $770.99 |
| 1/10/2022 | $745.00 | Post | Suspense | | | $745.00 | $745.00 | | $1,515.99 |
| 1/25/2022 | | Pre | TT Arrears | 5/21/21 | | $0.00 | | | $1,515.99 |
| 2/9/2022 | $745.00 | Post | 11/21/21 | 6/21/21 | $744.25 | $0.75 | $0.75 | | $1,516.74 |
| 2/23/2022 | | Pre | TT Arrears | 7/21/21 | | $0.00 | | | $1,516.74 |
| 3/14/2022 | $745.00 | Post | 12/21/21 | 8/21/21 | $744.25 | $0.75 | $0.75 | | $1,517.49 |
| 3/22/2022 | | Pre | TT Arrears | | | $0.00 | | | $1,517.49 |
| 4/14/2022 | $745.00 | Post | 1/21/22 | 9/21/21 | $744.25 | $0.75 | $0.75 | | $1,518.24 |
| 5/13/2022 | $745.00 | Post | Suspense | | | $745.00 | $745.00 | | $2,263.24 |
| 5/23/2022 | | Pre | TT Arrears | 10/21/21 | | $0.00 | | | $2,263.24 |
| 6/13/2022 | $745.00 | Post | 2/21/22 | 11/21/21 | $744.25 | $0.75 | $0.75 | | $2,263.99 |
| 7/15/2022 | $745.00 | Post | 3/21/22 | 12/21/21 | $744.25 | $0.75 | $0.75 | | $2,264.74 |
| 7/18/2022 | | Pre | TT Arrears | 1/21/22 | | $0.00 | | | $2,264.74 |
| 8/15/2022 | $745.00 | Post | Suspense | | | $745.00 | $745.00 | | $3,009.74 |
| 8/24/2022 | | Pre | TT Arrears | 2/21/22 | | $0.00 | | | $3,009.74 |
| 9/13/2022 | $745.00 | Post | 4/21/22 | 3/21/22 | $744.25 | $0.75 | $0.75 | | $3,010.49 |
| 10/17/2022 | $1,026.00 | Post | 5/21/22 | 4/21/22 | $744.25 | $281.75 | $281.75 | | $3,292.24 |
| 10/24/2022 | | Pre | TT Arrears | | | $0.00 | | | $3,292.24 |
| 11/16/2022 | $1,026.00 | Post | 6/21/22 | 5/21/21 | $744.25 | $281.75 | $281.75 | | $3,573.99 |
| 12/14/2022 | $1,025.00 | Post | 7/21/22 | 6/21/21 | $744.25 | $280.75 | $280.75 | | $3,854.74 |
| 1/5/2023 | | Pre | TT Arrears | 7/21/21 | | $0.00 | | | $3,854.74 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/18/2023 | $1,025.00 | Post | 8/21/22 | 8/21/22 | $744.25 | $280.75 | $280.75 | | $4,135.49 |
| 2/21/2023 | $1,025.49 | Post | 9/21/22 | 9/21/22 | $744.25 | $281.24 | $281.24 | | $4,416.73 |
| 3/20/2023 | $1,025.49 | Post | 10/21/22 | 10/21/22 | $744.25 | $281.24 | $281.24 | | $4,697.97 |
| | | Post | 11/21/22 | 11/21/22 | | $0.00 | | $744.25 | $3,953.72 |
| | | Post | 12/21/22 | 12/21/22 | | $0.00 | | $744.25 | $3,209.47 |
| | | Post | 1/21/23 | 1/21/23 | | $0.00 | | $744.25 | $2,465.22 |
| | | Post | 2/21/23 | 2/21/23 | | $0.00 | | $744.25 | $1,720.97 |
| | | Post | 3/21/23 | 3/21/23 | | $0.00 | | $744.25 | $976.72 |
| | | Post | 4/21/23 | 4/21/23 | | $0.00 | | $744.25 | $232.47 |
| 4/14/2023 | $1,025.00 | Post | | | | $1,025.00 | $1,025.00 | | $1,257.47 |
| 4/20/2023 | | | AO for esc adv | | | | | $232.47 | $1,025.00 |
| 5/16/2023 | $1,020.00 | Post | 5/21/23 | 5/21/23 | $744.25 | $275.75 | $275.75 | | $1,300.75 |
| | | APO | AO 5/21/23 | | $314.82 | -$314.82 | | $314.82 | $985.93 |
| 6/12/2023 | $1,025.00 | Post | 6/21/23 | 6/21/23 | $744.25 | $280.75 | $280.75 | | $1,266.68 |
| | | APO | AO 6/21/23 | | $314.82 | -$314.82 | | $314.82 | $951.86 |
| | | Post | 7/21/23 | 7/21/23 | $744.25 | -$744.25 | | $744.25 | $207.61 |
| 7/19/2023 | $1,025.00 | APO | AO 7/21/23 | | $314.82 | $710.18 | $710.18 | | $917.79 |
| | | Post | 8/21/23 | 8/21/23 | $744.25 | -$744.25 | | $744.25 | $173.54 |
| | | Pre | AO apply to escrow adv AS PER SO | | | $0.00 | | | $173.54 |
| 8/22/2023 | $744.25 | Post | AO 8/21/23 | | $314.82 | $429.43 | $429.43 | | $602.97 |
| | | | | | | $0.00 | | | $602.97 |
| | | | | | | $0.00 | | | $602.97 |
| | | | | | | $0.00 | | | $602.97 |
| | | | | | | $0.00 | | | $602.97 |
| STILL DUE | | | escrow advance/fees INCLUDED ON PFN | | | $0.00 | | $3,601.07 | -$2,998.10 |
| | | | escrow adv if due by discharge | | | $0.00 | | $3,148.18 | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |
| | | | | | | $0.00 | | | -$6,146.28 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                  :
                          :

WILLIAM M. WINFIELD       :
*aka* BILL M. WINFIELD        :CHAPTER 13
                          :
            Debtor.        :CASE NO. 5:18-bk-03284-MJC

## CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending copies of the <u>Disagree Response to Trustee's Notice of Final Cure Payment by U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust</u> as follows:

Date Served: 8/30/23

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William M Winfield<br>271 Seneca Drive<br>Milford, PA 18337 | *Debtor* | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |
| Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | *Chapter 13 Trustee* | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF) |
| Mark E. Moulton<br>Moulton and Moulton PC<br>693 State Route 739, Suite #1<br>Lords Valley, PA 18428 | *Debtor's Attorney* | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF) |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 | *US Trustee* | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF) |

Date: 8/30/23            By: <u>/s/EMMANUEL J. ARGENTIERI</u>
                              EMMANUEL J. ARGENTIERI

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com